## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WINSTON MCLEOD<br>LANCE FUNDERBURK | No: 2:24-mj-00012-KFW |

### PROTECTIVE ORDER

This matter comes before the Court upon the Government's Motion for Protective Order (ECF No. 38). The Government has requested that the Court issue a protective order regarding the handling of pre-indictment discovery materials which the Government intends to make available to the defense. In support of this motion, the Government asserts that such production may, absent a protective order, pose a danger to Government witnesses and infringe upon the privacy of victims and other parties in this case.

The Government's motion is hereby GRANTED.  It is hereby Ordered as follows:

1. The Government shall mark all discovery materials produced pursuant to this Order;

2. Except as may be approved by the Court, for all discovery produced pursuant to this Order, Defendant's counsel of record and counsel's assistants and agents shall not copy, reproduce, disseminate, or otherwise disclose the discovery materials; and,

3. The discovery materials produced pursuant to this order shall at all times remain in the custody of counsel, or an assistant, agent or investigator

working under the supervision of counsel and that such materials shall not be provided to, or left with, Defendant.

Date: March 13, 2024

_____
Judge's Signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title